

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00275-CV

Adriana P. **PEREZ**,
Appellant

v.

**WEBB COUNTY**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT000305 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

A majority of the justices who participated in the panel's decision of the case denies Webb County's motion for rehearing. *See* TEX. R. APP. P. 49.3.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court